| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 01-04057-02-CR-C-5 |
| | DOCKET NUMBER *(Rec. Court)* |
| | 4:04CR00602 RWS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| William Lindsay<br>305 South Cuivre<br>Bowling Green, MO | Western Missouri | Central |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Nanette K. Laughrey | |
| | DATES OF PROBATION /SUPERVISED RELEASE: FROM 08/13/04 | TO 08/12/09 |

**OFFENSE**

Conspiracy to Manufacture Methamphetamine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **EASTERN DISTRICT OF MISSOURI** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10-6-04
Date

*Nanette Laughrey*
Nanette K. Laughrey, U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF MISSOURI**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/20/04
Effective Date

United States District Judge